# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Osamma Eldahshoury,

       Plaintiff,                 Civil 10-761 (RHK/FLN)

vs.                         **DISQUALIFICATION AND**
                              **ORDER FOR REASSIGNMENT**

Sharon Dooley, et al.,

       Defendants.

       The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

       **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

       **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: March 15, 2010

                                                   s/Richard H. Kyle
                                                 RICHARD H. KYLE
                                                 United States District Judge